UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GARLAND APPAREL GROUP, LLC )<br>             Plaintiff,    )<br>                            )<br>v.                              )<br>                            )<br>FREDERICK ALEXANDER    )<br>             Defendant    ) | **JUDGMENT**<br>7:23-CV-11-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 11, 2023, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on September 11, 2023, and Copies To:**
Luther Donald Starling, Jr. (via CM/ECF Notice of Electronic Filing)
J. Heydt Philbeck (via CM/ECF Notice of Electronic Filing)

September 11, 2023                PETER A. MOORE, JR., CLERK

                                                    /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk